## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**KATELYNN MARIE COOPER,**

      **Plaintiff,**

**v.**                          **Case No.:  2:18-cv-67**
                                            **JUDGE GEORGE C. SMITH**
                                            **Magistrate Judge Vascura**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

      This case is before the Court to consider the *Report and Recommendation* issued by the

Magistrate Judge on December 3, 2018, recommending that the Court reverse the Commissioner

of Social Security's non-disability finding and remand this case to the Commissioner and the

ALJ pursuant to Sentence Four of § 405(g) for further consideration consistent with the *Report*

*and Recommendation*.  (Doc. 17).  The time for filing objections to the *Report and*

*Recommendation* has passed, and no objections have been filed to the *Report and*

*Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and*

*Recommendation*.  The Commissioner of Social Security's nondisability finding is hereby

**REVERSED** and this case is **REMANDED** to the Commissioner and ALJ pursuant to Sentence

Four of § 405(g).

      The Clerk shall remove Document 17 from the Court's pending motions list, enter final

judgment and remand this case.

      **IT IS SO ORDERED.**

                                          */s/ George C. Smith*
                                          **GEORGE C. SMITH, JUDGE**
                                          **UNITED STATES DISTRICT COURT**